UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Misc. No. 08-6006-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| LOUIS MARVIN SZORCSIK, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition [R. 12] filed by United States Magistrate Judge Robert E. Wier. The Defendant, Louis Marvin Szorcsik, allegedly violated the terms of his supervised release and a summons issued based on those alleged violations. [R. 2, 3.] This matter was then referred to Judge Wier to conduct a final revocation hearing and recommend a proposed disposition of the matter.

Pursuant to the referral order, Judge Wier conducted a final revocation hearing on May 12, 2008 [R. 11], and issued his Recommended Disposition [R. 12] the following week. The Recommended Disposition directs the parties' attention to the relevant statute which requires any objections to be filed within ten (10) days of service. *See* 28 U.S.C. § 636(b)(1). As of this date, neither party has filed objections nor sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140,

151 (1985). Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir.1981). Nevertheless, this Court has examined the record, and having made a *de novo* determination, it agrees with the Magistrate Judge's Recommended Disposition. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Recommended Disposition [R. 12] as to Louis Marvin Szorcsik is **ADOPTED** as and for the Opinion of the Court;

2. The Defendant, Louis Marvin Szorcsik, is found to have violated the terms of his Supervised Release as set forth in Violations 2-4 of the Petition filed by the United States Probation Office. Violation Number 1, as set forth in the Petition filed by the United States Probation Office, is **DISMISSED**;

3. The Defendant's Supervised Release is **REVOKED;**

4. The Defendant, Louis Marvin Szorcsik, is **SENTENCED** to the custody of the Bureau of Prisons for a term of imprisonment of **twenty-seven (27) months**, with **no** additional term of supervised release to follow;[1]

5. Pursuant to 18 U.S.C. § 3621(b)(4), the Court **recommends** that the Defendant, Louis Marvin Szorcsik, be placed in a facility equipped to deal with and treat his medical conditions and one which offers a drug treatment program, preferably FMC-Lexington; and

6. Judgment shall be entered concurrently herewith.

---

[1] The Court notes that the Defendant filed a Waiver of his right to allocution before the district court. [R. 13.]

This the 30th day of July, 2008.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge